IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  KIMBERLY M WILSON
2022 RIVER ROCK WAY
REYNOLDSBURG, OH  43068

CASE NO: 11-57382

CHAPTER 13

JUDGE: C KATHRYN PRESTON

## NOTICE OF INTENTION
## TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00004 | ABC Podiatry<br>c/o FFCC-Columbus Inc<br>PO Box 20790<br>Columbus, OH  43220 | Not filed | 35.00 % | 0.00 % | UNSECURED |
| 00005 | Always Payday<br>PO Box 340572<br>Columbus, OH  43234-0572 | Not filed | 35.00 % | 0.00 % | UNSECURED |
| 00006 | CashNetUSA<br>200 W Jackson #1400<br>Chicago, IL  60606 | 1,557.51 | 35.00 % | 0.00 % | UNSECURED |
| 00007 | Chase Bank USA<br>PO Box 15298<br>Wilmington, DE  19850 | Not filed | 35.00 % | 0.00 % | UNSECURED |
| 00008 | Checksmart<br>1301 East Main Street<br>Lancaster, OH  43130 | Not filed | 35.00 % | 0.00 % | UNSECURED |
| 00009 | DEPARTMENT OF EDUCATION<br>PO BOX 530210<br>ATLANTA, GA  30353-0210 | 16,058.76 | 35.00 % | 0.00 % | UNSECURED |
| 00018 | Internal Revenue Service<br>Insolvencies<br>PO Box 21126<br>Philadelphia, PA  19114 | Not filed | 100.00 % | 0.00 % | PRIORITY |

CASE NO. 11-57382    KIMBERLY M WILSON

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00019 | MONTGOMERY DAGLEY<br>2196-A HEDGEROW RD<br>COLUMBUS, OH  43220 | 185.00 | 100.00 % | 0.00 % | APPRAISER |
| 00001 | OH COLLECTION ENFORCEMENT SEC<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 113.00 | 100.00 % | 0.00 % | PRIORITY |
| 00020 | OH COLLECTION ENFORCEMENT SEC<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 42.72 | 35.00 % | 0.00 % | UNSECURED |
| 00017 | Ohio State Department Of Taxation<br>150 E. Gay Street, 21st Floor<br>Columbus, OH  43215 | Not filed | 100.00 % | 0.00 % | PRIORITY |
| 00002 | ORANGE LAKE COUNTRY CLUB<br>8505 W IRLO BRONSON MEM HWY<br>KISSIMMEE, FL  34747 | Surrendered | 35.00 % | 0.00 % | UNSECURED |
| 00010 | Plain Green Loans<br>93 Mack Road, Suite 600<br>PO Box 255<br>Box Elder, MT  59521 | Not filed | 35.00 % | 0.00 % | UNSECURED |
| 00011 | Riverside Methodist Hospital<br>c/o Firstsource Financial Solution<br>1232 W. State Rd # 2<br>La Porte, IN  46350 | Not filed | 35.00 % | 0.00 % | UNSECURED |
| 00012 | Riverside Radiology Associates<br>c/o Physicians Credit Bureau<br>3592 Corporate Dr  Suite 105<br>Columbus, OH  43231 | Not filed | 35.00 % | 0.00 % | UNSECURED |
| 00013 | Riverside Radiology Associates<br>C/O PCB<br>3592 Corporate Dr. Ste 105<br>Columbus, OH  43231 | Not filed | 35.00 % | 0.00 % | UNSECURED |
| 00014 | Riverside Radiology Associates<br>C/O PCB<br>3592 Corporate Dr. Ste 105<br>Columbus, OH  43231 | Not filed | 35.00 % | 0.00 % | UNSECURED |
| 00015 | Warner Cable<br>c/o FFCC-Columbus, Inc<br>P.O. Box 20790<br>Columbus, OH  43220 | Not filed | 35.00 % | 0.00 % | UNSECURED |

CASE NO. 11-57382    KIMBERLY M WILSON

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00003 | WELLS FARGO DEALER SERVICES<br>PO BOX 25341<br>SANTA ANA, CA  92799 | 14,000.00 | 100.00 % | 6.00 % | SECURED-506 |
| 10003 | WELLS FARGO DEALER SERVICES<br>PO BOX 25341<br>SANTA ANA, CA  92799 | 5,211.73 | 35.00 % | 0.00 % | UNSECURED |
| 00016 | WFNNB/Madisons of Columbus<br>P.O. Box 182789<br>Columbus, OH  43218 | Not filed | 35.00 % | 0.00 % | UNSECURED |
| | TOTAL | 37,168.72 | | | |
| 00000 | W MARK JUMP ESQ<br>2130 ARLINGTON AVE<br>COLUMBUS, OH  43221 | 3,324.00 | 100.00 % | 0.00 % | ATTORNEY FEE |

Dated:  February 21, 2012

/s/Frank M. Pees

FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700