**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: March 23, 2012**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.  11-57382 |
| Kimberly M. Wilson | : | Chapter 13 |
| Debtor(s) | : | Judge Preston |

### AGREED ORDER APPROVING DEBTOR'S
### MOTION TO MODIFY PLAN POST-CONFIRMATION
### (REL. DOC. NO. 31)

This matter came before the Court upon Debtor's Motion to Modify Plan Post-Confirmation filed on February 21, 2012 (*Docket #31*).  Chapter 13 Trustee, Frank M. Pees, entered a Response objecting to Debtor's said Motion on February 28, 2012 (*Docket # 34*).  More than twenty-one (21) days have elapsed from the date of service of the motion and no other responses have been filed.  Movant has alleged that good cause exists for granting the Motion and that Debtors, Counsel for Debtor, the Chapter 13 Trustee and all other necessary parties were served with the Motion; and

The parties have entered into agreement resolving the Motion.

IT IS THEREFORE ORDERED that Debtor's plan shall be amended. Debtor's plan payments shall continue to be paid at $480.00 per month for the remainder of the plan. The dividend to general unsecured creditors shall be reduced to 28%.

**IT IS SO ORDERED.**

Submitted and Approved By:

/s/ W. Mark Jump_____
W. Mark Jump (0062837)
Attorney for Debtor
Jump Legal Group
2130 Arlington Avenue
Columbus, Ohio 43221
(614) 481-4480

/s/ Frank M. Pees_____
Frank M. Pees by DLM(0001391)
*Chapter 13 Trustee*
130 East Wilson Bridge Road, Suite #200
Worthington, Ohio 43085
(614) 436-6700
(614) 436-0190 (fax)

**Copies To:**

Default List

###